UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 19-01719-JLS (ADSx)                             Date: September 21, 2020
Title: Spencer Muir v. City of Placentia et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                 Not Present

**PROCEEDINGS:      (IN CHAMBERS) ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDER**

On September 4, 2020, the Court issued an Order resetting the Scheduling Conference and directing the parties to file an updated Joint 26(f) Report (Doc 41.)  The parties failed to file an updated Joint Report.

Accordingly, no later than September 25, 2020, each counsel shall file a declaration explaining their failure to timely file an updated Joint Report as ordered, along with an Amended Joint Rule 26(f) Report with a fully completed Exhibit A.  Failure to do so may result in the imposition of monetary sanctions or the dismissal of this action.

The Court CONTINUES the Scheduling Conference to **October 2, 2020, at 10:30 a.m.**

**IT IS SO ORDERED.**

Initials of Preparer:   mku